**FILED**

OCT 2 1 2011

DAVID CREWS, CLERK

BY_____
                    Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**EDDIE STRONG,**                                            **PETITIONER**

v.                                                      **No. 4:11CV77-P-A**

**SHERIFF MILTON GASTON, ET AL.**               **RESPONDENTS**

### ACKNOWLEDGMENT OF RECEIPT

I, Eddie Strong, hereby acknowledge that I have this day received a copy of the court's

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL

dated September 13, 2011.

This, the __18__ day of __October__, 2011.

_____
EDDIE STRONG
PETITIONER

Please return this Acknowledgment Form to:

Clerk, U.S. District Court
Pro Se Law Clerk
P.O. Box 704
Aberdeen, MS 39730

Case: 4:11-cv-00077-SA-SAA Doc #: 13 Filed: 10/21/11 2 of 2 PageID #: 66

Offender Eddie Strong #169461
C.M.C.F.
P.O. Box 88550
Pearl, Ms 39288

**RECEIVED**

OCT 21 2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI



CMCF
APPROVED LEGAL MAIL

OCT 18 2011

U. S. D. C.
David Crews, Clerk *Pro Se*
P O Box 704
Aberdeen, MS 39730