**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**EDDIE STRONG,**                                                                        **PETITIONER**

**v.**                                                                                      **No. 4:11CV77-A-A**

**SHERIFF MILTON GASTON, ET AL.**                                              **RESPONDENTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition

for a writ of *habeas corpus* is **DISMISSED** with prejudice for failure to state a claim upon which

relief could be granted.

**SO ORDERED,** this the 26th day of March, 2012.

 /s/ Sharion Aycock
**U.S. DISTRICT JUDGE**